IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC MARITIME ASSOCIATION,<br><br>    Defendant. | No. C 11-05222 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

On November 3, 2011, plaintiff International Longshore and Warehouse Union filed a motion for confirmation and enforcement of labor arbitration subpoena. Pursuant to Civil Local Rule 7-3, defendant's opposition or statement of non-opposition to the motion was due November 17. None was filed. Accordingly, defendant is **ORDERED TO SHOW CAUSE** why the motion should not be granted for failure to oppose. Defendant Pacific Maritime Association must file a written response to this order by **NOON ON NOVEMBER 23, 2011**. If no response is filed or if good cause is not shown, the motion may be granted. The motion hearing previously set for December 8, is **VACATED**.

**IT IS SO ORDERED.**

Dated: November 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE