United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION,

        Plaintiff,

  v.

PACIFIC MARITIME ASSOCIATION,

        Defendant.

                  /

No. C 11-05222 WHA

**ORDER TO SHOW CAUSE
AND VACATING HEARING**

On November 3, 2011, plaintiff International Longshore and Warehouse Union filed a motion for confirmation and enforcement of labor arbitration subpoena. Pursuant to Civil Local Rule 7-3, defendant's opposition or statement of non-opposition to the motion was due November 17. None was filed. Accordingly, defendant is **ORDERED TO SHOW CAUSE** why the motion should not be granted for failure to oppose. Defendant Pacific Maritime Association must file a written response to this order by **NOON ON NOVEMBER 23, 2011**. If no response is filed or if good cause is not shown, the motion may be granted. The motion hearing previously set for December 8, is **VACATED**.

**IT IS SO ORDERED.**

Dated: November 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE