IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,

    Plaintiff,

v.

PACIFIC MARITIME ASSOCIATION,

    Defendant.

No. C 11-05222 WHA

**ORDER SETTING BRIEFING SCHEDULE AND HEARING**

The Court is in receipt of defendant Pacific Maritime Association's opposition to plaintiff's motion for confirmation and enforcement of labor arbitration subpoena and response to the order to show cause. The order finds the opposition brief is timely filed. The reply is due **NOVEMBER 28, 2011**. The motion will be heard at **8 A.M. ON DECEMBER 8**.

**IT IS SO ORDERED.**

Dated: November 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE