United States District Court

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   INTERNATIONAL LONGSHORE AND                        No. C 11-05222 WHA
     WAREHOUSE UNION,
11
                 Plaintiff,
12                                                       **ORDER SETTING
        v.                                               BRIEFING SCHEDULE
13                                                       AND HEARING**
     PACIFIC MARITIME ASSOCIATION,
14
                 Defendant.
15                                                   /

16

17         The Court is in receipt of defendant Pacific Maritime Association's opposition to

18   plaintiff's motion for confirmation and enforcement of labor arbitration subpoena and response to

19   the order to show cause.  The order finds the opposition brief is timely filed.  The reply is due

20   **NOVEMBER 28, 2011**.  The motion will be heard at  **8 A.M. ON DECEMBER 8**.

21

22         **IT IS SO ORDERED.**

23

24   Dated:  November 22, 2011.                      _____
                                                     WILLIAM ALSUP
25                                                   UNITED STATES DISTRICT JUDGE

26

27

28