IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC MARITIME ASSOCIATION,<br><br>    Defendant.<br>                                            / | No. C 11-05222 WHA<br><br>**ORDER ON MOTION TO CONTINUE HEARING** |

       On January 23, 2012, plaintiff International Longshore and Warehouse Union submitted a motion for a continuance of the deadline of January 25, for submitting any orders from the coast arbitrator and for a continuance of the hearing set for January 26, 2012, on its motion for confirmation and enforcement of a labor arbitration subpoena. Said motion was filed on November 3, 2011. Plaintiff seeks a 13-week continuance of the hearing date. Plaintiff states that a continuance is needed in order for plaintiff to have time to review production of the documents received from defendant Pacific Maritime Association and to present its disputes to the coast arbitrator and obtain a ruling. Defendant opposes the motion to continue.

       The deadline to submit any orders from the coast arbitrator is postponed. The hearing set for January 26, will not be continued. Instead, the parties should be prepared to provide a status

update and a reasonable time line for moving forward with the motion for confirmation and enforcement of a labor arbitration subpoena.

**IT IS SO ORDERED.**

Dated: January 25, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE